FILED

06/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0184

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0184

_____

RUSSELL MORRISON,

      Plaintiff and Appellant,

  v.

MICHAEL K. BENDER,

      Defendant, Appellee and Cross
Appellant.

MICHAEL K. BENDER,

      Counter-Plaintiff and Appellee,

  v.

RUSSELL MORRISON,

      Counter-Defendant and Appellant.

_____

O R D E R

On May 11, 2023, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2023